395 A.2d 968

Commonwealth v. Glover, Appellant.

Argued September 11, 1978. William T. Cannon, for appellant; P. Diamond, Assistant District Attorney, with him Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed.